[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-11651
_____

D.C. Docket No. 1:14-cr-00333-AKK-JEO-1


UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RICK LEE EVANS,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(August 29, 2017)

Before WILSON and NEWSOM, Circuit Judges, and WOOD,* District Judge.

PER CURIAM:

_____

* Honorable Lisa Wood, United States District Judge for the Southern District of Georgia, sitting by designation.

Rick Lee Evans appeals his conviction under 18 U.S.C. § 2241(c) for aggravated sexual abuse of a child under twelve.  A jury found that he molested the child of an American soldier while the soldier was deployed in Iraq, and the district court sentenced him to 660 months' imprisonment.

Evans challenges (1) the sufficiency of his indictment, (2) the district court's denial of his request to subpoena notes taken by the victim's therapist, (3) the district court's exclusion of certain expert testimony, and (4) the district court's admission of testimony about child pornography found on electronic devices seized from him.  But after careful consideration of the record and the parties' briefs, and having had the benefit of oral argument, we find no reversible error.

**AFFIRMED.**